UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD COHEN.,

    Plaintiff,

v.

BL RESTAURANT OPERATIONS, LLC,

    Defendant.

_____/

Case No. 19-12399

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
DAVID R. GRAND

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE**

On January 27, 2020, Defendant BL Restaurant Operations, LLC filed for Chapter 11 bankruptcy. They filed a Suggestion of Bankruptcy [Dkt. #18] the following day.

A debtor's filing of a bankruptcy petition automatically stays "a judicial … action or proceeding against the debtor … or to recover a claim against the debtor." 11 U.S.C. § 362(a)(1). It also automatically stays "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." *Id.* § 362(a)(3). This stay applies to any action, even against a nondebtor, if the action "would inevitably have an adverse impact upon the property of the [debtor's] estate." *In re Nat'l Century*, 423 F.3d 567, 578 (6th Cir. 2005) (quoting *In re Gucci*, 126 F.3d 380, 392 (2d Cir. 1997)) (internal

alterations omitted); *see also In re Elrod*, 523 B.R. 790, 802-04 (Bkr. W.D. Tenn. 2015).

The Court will stay and administratively close this case. The parties may file a written request to reopen the case at any time.

Accordingly,

**IT IS ORDERED** that this case is **STAYED** and **ADMINISTRATIVELY CLOSED.**

**SO ORDERED**.

Dated: April 1, 2020

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge